## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GAVIN J. BIRNEY; DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC. and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., | : : : : : : | C.A. No. |
| Plaintiffs, | : : | Related to: C.A. No. K22C-11-031 RLG |
| v. | : : | |
| DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIEL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, | : : : : : : : : : : : : | |
| Defendants. | : | |

### NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Defendants Delaware Department of Safety and Homeland Security, Nathaniel McQueen Jr., and Col. Melissa Zebley ("Defendants"), by and through undersigned counsel, hereby remove the above-captioned case to this Honorable Court and provides notice of same to Plaintiffs Gavin J. Birney, Delaware State Sportsmen's Association, Inc. and Bridgeville Rifle & Pistol Club, Ltd. ("Plaintiffs"). In support of the removal, the Defendants aver as follows:

1.   Plaintiff's Superior Court of the State of Delaware ("Superior Court") Complaint (the "Complaint") in the above-referenced matter was filed on or about November 23, 2022.

2. A copy of the materials that were filed is attached hereto as Exhibit A. A copy of the Superior Court Docket is attached as Exhibit B.

3. The above-described civil action is one in which this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1343 inasmuch as Plaintiffs seeks redress for alleged violations of civil and constitutional rights and is accordingly one which may be removed to this Honorable Court pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446 and 42 U.S.C. § 1983.

4. Concurrent with this filing, Defendants are giving written notice of the filing of this Notice of Removal to the Prothonotary of the Superior Court and the Plaintiff, as required by 28 U.S.C. §1446(d), by filing a Notice of Filing of Notice of Removal with the Superior Court and serving a copy of the same upon all parties. Exhibit C is a true and correct copy of the Notice of Filing of Notice of Removal.

WHEREFORE, Defendants pray that the above-referenced action now pending in the Superior Court of the State of Delaware be removed to this Honorable Court.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Kenneth L. Wan*
Kenneth L. Wan (#5667)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
*Attorney for Defendants*

Date: December 22, 2022