

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

January 30, 2023

<u>Via CM/ECF</u>
The Honorable Richard G. Andrews
United States District Court, Dist. Of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801

RE: *Birney et al. v. Delaware Department of Safety and Homeland Security et al.*,
Case No. 22-cv-01624-RGA (D. Del.).

Dear Judge Andrews:

The parties write jointly regarding scheduling and other concerns related to *Birney et al. v. Delaware Department of Safety and Homeland Security et al.*, Case No. 22-cv-01624-RGA (D. Del.) (the "Present Action"). At this time, the parties do not seek to consolidate the Present Action with *Delaware State Sportsmen's Association, Inc. et al v. Delaware Department of Safety and Homeland Security et al.*, C.A. No. 1:22-cv-00951-RGA and *Gabriel Gray et al. v. Kathy Jennings*, C.A. No. 1:22-cv-01500-MN, which have been consolidated and proceed under civil action number 1:22-cv-00951-RGA (together, the "DSSA/Gray Action").

Regarding a Rule 16 scheduling conference for the Present Action, the parties request that the conference be postponed until after the Court decides the motions for preliminary injunction currently pending in the DSSA/Gray Action (the "PI Motions"). Briefing on the PI Motions will be completed on February 13, 2023, and a hearing on the PI Motions is scheduled for February 24, 2023.

Depending on the Court's decision as to the PI Motions, the parties may wish to revisit the issue of consolidation at that time.

The parties are available at the Court's convenience should this letter raise any questions or concerns. Thank you.

Respectfully submitted,

*/s/ Caneel Radinson-Blasucci*

Caneel Radinson-Blasucci (#6574)

cc: All Counsel of Record (Via CM/ECF)