

500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.985.6002

July 25, 2023

*VIA CM/ECF*

The Honorable Richard G. Andrews
U.S. District Court
   for the District of Delaware
844 N. King Street, Rm. 4209, Unit 18
Wilmington, DE  19801

Re:   *Gavin Birney, et al. v. Delaware Department of Safety and Homeland Security, et al.*
      D. Del., C.A. No. 22-1624-RGA

Dear Judge Andrews:

    This is a status report on the above referenced pending matter.  As a follow-up to the parties' joint status letter to Your Honor dated April 6, 2023 [D.I. 10][1], this letter informs the Court that all the claims in the above-referenced matter have been re-filed in Delaware Superior Court.

    As of this writing, the State has not notified Plaintiffs whether they will again seek to have the entire case removed to federal court—notwithstanding the State's acknowledgment in the above letter to the Court [D.I. 10 at page 3], of the limits of

---

[1] A copy of the referenced letter is attached for the Court's convenience.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
127158455.1

The Honorable Richard G. Andrews
July 25, 2023
Page 2

this Court's authority to rule on the state-law claims.

Respectfully submitted,

Francis G.X. Pileggi
LEWIS BRISBOIS BISGAARD &
    SMITH LLP

FGXP:mar

Attachment

cc:  All Counsel of Record (via CM/ECF)

www.lewisbrisbois.com

127158455.1