# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GAVIN J. BIRNEY; DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC.; and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 22-1624-RGA |
| DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIEL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, | : : : : : : : : : : : : | |
| Defendants. | : | |

## [PROPOSED] STIPULATION FOR A STAY OF CASE

WHEREAS on October 18, 2023, Plaintiffs filed an amended complaint challenging the constitutionality of House Bill 451 enacted by the Delaware General Assembly (D.I. 12); and

WHEREAS there is a related case pending in the Delaware Superior Court challenging the same statute based on Article I, Section 20 of the Delaware Constitution. *See Birney v. Delaware Department of Safety and Homeland Security,*

132201774.1

1

*et al.*, Del. Super., C.A. No. K23C-07-019 RLG, Amended Complaint filed October 18, 2023 ("State Case"); and

WHEREAS Plaintiffs intend to file dispositive motions in this case and in the related State Case; and

WHEREAS in order to avoid two pending motions challenging the same statute in two separate courts at the same time, and to promote judicial efficiency and to conserve resources of the court and the parties,

IT IS HEREBY STIPULATED that this matter is stayed pending the resolution of one or more dispositive motions that are planned to be filed in the State Case; and,

IT IS FURTHER STIPULATED that if the related State Case is stayed, the parties may petition this court to lift the stay in this case at that time, or for other good cause shown.

| STATE OF DELAWARE DEPARTMENT OF JUSTICE | LEWIS BRISBOIS BISGAARD & SMITH  LLP |
|---|---|
| */s/ Kenneth L. Wan* | */s/ Francis G.X. Pileggi* |
| Kenneth L. Wan (Bar No. 5667) | Francis G.X. Pileggi (Bar No. 2624) |
| Zi-Xiang Shen (Bar No. 6072) | Sean B. Brennecke (Bar No. 4686) |
| Deputy Attorneys General | 500 Delaware Ave., Suite 700 |
| 820 N. French Street, 6th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 985-6000 |
| (302) 577-8400 | Francis.Pileggi@LewisBrisbois.com |
| Kenneth.Wan@delaware.gov | Sean.Brennecke@LewisBrisbois.com |
| Zi-Xiang.Shen@delaware.gov | |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

IT IS SO ORDERED

_____
Judge Richard G. Andrews

Date:  November 22, 2023