

Francis G.X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.985.6002

July 2, 2024

*Via CM/ECF*

The Honorable Richard G. Andrews
U.S. District Court
  for the District of Delaware
844 N. King Street, Rm. 4209, Unit 18
Wilmington, DE  19801

Re:   *Birney, et al. v. Del. Department of Safety and Homeland Security, et al.*
       D. Del., No. 1:22-cv-01624-RGA – Status Report

Dear Judge Andrews:

On November 27, 2023, this Court granted a joint stipulated stay of this case pending the outcome of its companion case in the Delaware Superior Court. On June 28, 2024, this Court requested a joint status letter on the status of this case.

In the companion case, there is a fully briefed motion for summary judgment pending between the same parties. The Delaware Superior Court scheduled oral argument for October 25, 2024 at 1:00 p.m.

The Honorable Richard G. Andrews
July 2, 2024
Page 2

      Counsel is available should Your Honor have any questions.

                                      Respectfully,

                                      */s/ Francis G.X. Pileggi*

                                      Francis G.X. Pileggi
                                      (Bar No. 2624)

FGXP:mar

cc:  Zachary S. Stirparo, Esquire (Via CM/ECF)
      Kenneth L. Wan, Esquire (Via CM/ECF)
      Katherine R. Welch, Esquire (Via Email)