

Francis G.X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.985.6002

December 2, 2024

*Via CM/ECF*

The Honorable Richard G. Andrews
U.S. District Court
    for the District of Delaware
844 N. King Street, Rm. 6325, Unit 9
Wilmington, DE  19801

Re:    *Birney, et al. v. Del. Department of Safety and Homeland Security, et al.*
       D. Del., No. 1:22-cv-01624-RGA – Status Report

Dear Judge Andrews:

This joint status report is submitted on behalf of all parties. The companion case filed in the Superior Court for the State of Delaware has been progressing but is not yet resolved. Oral argument on Plaintiffs' *Motion for Summary Judgment* is currently scheduled for March 14, 2025 at 1 p.m.

Counsel remains available at the court's convenience.

Respectfully,

Francis G.X. Pileggi
Del. Bar No. 2624

ARIZONA · CALIFORNIA · COLORADO · CONNECTICUT · DELAWARE · FLORIDA · GEORGIA · ILLINOIS · INDIANA · KANSAS · KENTUCKY · LOUISIANA
MARYLAND · MASSACHUSETTS · MINNESOTA · MISSISSIPPI · MISSOURI · NEVADA · NEW JERSEY · NEW MEXICO · NEW YORK · NORTH CAROLINA
OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · TENNESSEE · TEXAS · UTAH · VIRGINIA · WASHINGTON · WASHINGTON D.C. · WEST VIRGINIA
149359864.1

The Honorable Richard G. Andrews
December 2, 2024
Page 2

FGXP:mar

cc:   Zachary S. Stirparo, Esquire (Via CM/ECF)
      Katherine R. Welch, Esquire (Via Email)