

500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.985.6002

October 6, 2025

*Via CM/ECF Only*

The Honorable Richard G. Andrews
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   *Birney, et al. v. Del. Department of Safety and Homeland Security, et al.*
      D. Del., No. 1:22-cv-01624-RGA – Status Report

Dear Judge Andrews:

    In response to Your Honor's October 1, 2025 Order (D.I. 27): the Delaware Superior Court recently granted Plaintiffs' Motion for Summary Judgment in the parallel, Article I, Section 20 challenge brought at Case No. K23C-07-019 RLG. Although that decision was recently appealed, Plaintiffs in this matter plan to formally submit arguments to seek a ruling in favor of Plaintiffs based upon the binding Third Circuit precedent in *Lara v. Comm'r Pa. State Police,* 125 F.4th 428 (3d Cir. 2025).

                                Respectfully,

                                */s/ Francis G.X. Pileggi*

                                Francis G.X. Pileggi
                                (Del. Bar No. 2624)

FGXP:mar

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
164569891.1

The Honorable Richard G. Andrews
October 6, 2025
Page 2


cc: Clerk of Court
    Nicholas Picollelli, Jr, Esquire
    Alexander MacMullan, Esquire

Case 1:22-cv-01624-RGA   Document 28   Filed 10/06/25   Page 2 of 2 PageID #: 447
LEWIS BRISBOIS BISGAARD & SMITH LLP
www.lewisbrisbois.com

164569891.1