

500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.655.3667

July 7, 2026

*Via CM/ECF*

The Honorable Richard G. Andrews
United States District Court
    for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

        Re:    *Birney, et al. v. Del. Department of Safety and Homeland Security, et al.*,
                 D. Del., C.A. No. 22-1624-RGA – Status update

Dear Judge Andrews:

       Pursuant to Your Honor's instructions to the parties during the November 5, 2025 status conference, this letter apprises the Court that on June 30, 2026, the U.S. Supreme Court denied the petition for writ of certiorari in *Lara v. Comm'r Pennsylvania State Police*, 125 F.4th 428 (3d Cir. 2025). *See Bivens v. Second Amdt. Found.*, 2026 WL 1871315, at *1 (U.S. June 30, 2026). Also, relevant to this case is the Supreme Court's decision last month that rejected state-specific traditions of firearm regulation, such as those in Hawaii. *See Wolford v. Lopez*, No. 24-1046, 2026 WL 1825723, at *11 (U.S. June 25, 2026) (noting that "the Second Amendment has the same meaning in all parts of the United States . . . . Merely local attitudes can neither shrink nor inflate the meaning of fundamental Bill of Rights guarantees that apply to the States through the Fourteenth Amendment.") (citations omitted).

       Plaintiffs' view is that the Third Circuit's *Lara* decision controls the dispositive issues in this case and no discovery is needed to reach a final judgment. We will discuss next steps with the State.

                Respectfully,

                Francis G.X. Pileggi
                (Del. Bar No. 2624)

ARIZONA · CALIFORNIA · COLORADO · CONNECTICUT · DELAWARE · FLORIDA · GEORGIA · ILLINOIS · INDIANA · KANSAS · KENTUCKY · LOUISIANA
MARYLAND · MASSACHUSETTS · MINNESOTA · MISSISSIPPI · MISSOURI · NEVADA · NEW JERSEY · NEW MEXICO · NEW YORK · NORTH CAROLINA
OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · TENNESSEE · TEXAS · UTAH · VIRGINIA · WASHINGTON · WASHINGTON D C · WEST VIRGINIA
179398750 1

The Honorable Richard G. Andrews
July 7, 2026
Page 2

cc: Clerk of Court (via CM/ECF)
    All Counsel of Record (via CM/ECF)

LEWIS BRISBOIS BISGAARD & SMITH LLP
www.lewisbrisbois.com

179398750 1