

Francis G.X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.655.3667

July 10, 2026

*Via CM/ECF*

The Honorable Richard G. Andrews
United States District Court
　　for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:　　*Birney, et al. v. Del. Department of Safety and Homeland Security, et al.*,
　　　　D. Del., C.A. No. 22-1624-RGA – Request for a status conference / Rule 16 conference

Dear Judge Andrews:

　　Plaintiffs write to request a status conference or a Rule 16 conference concerning next steps in this action in light of the U.S. Supreme Court's recent decisions (*see* D.I. 37).  The parties conferred and disagree regarding how the case must proceed.

　　Plaintiffs' position is that the stay must be lifted, and because the Third Circuit's *Lara* decision controls the dispositive issues in this case, no discovery is needed to reach a final judgment. Relatedly, Plaintiffs plan to move for judgment on the pleadings under Federal Rule of Civil Procedure 12(c).

　　　　　　　　　　Respectfully,

　　　　　　　　　　/s/ *Francis G.X. Pileggi*

　　　　　　　　　　Francis G.X. Pileggi
　　　　　　　　　　(Del. Bar No. 2624)

cc: Clerk of Court (via CM/ECF)
　　All Counsel of Record (via CM/ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA