

Francis G.X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.655.3667

July 21, 2026

*Via CM/ECF*

The Honorable Richard G. Andrews
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

      Re:    *Birney, et al. v. Del. Department of Safety and Homeland Security, et al.*,
              D. Del., C.A. No. 22-1624-RGA

Dear Judge Andrews:

      In anticipation of the status conference scheduled in this matter for July 23, 2026, Plaintiffs respectfully bring to the Court's attention last week's Third Circuit opinion on the Second Amendment "with respect to the full class of semi-automatic rifles," but which also includes binding authority on how to interpret the Second Amendment. *Ass'n of New Jersey Rifle & Pistol Clubs, Inc. v. Att'y Gen. New Jersey*, No. 24-2415, 2026 WL 2075513, at *25 (3d Cir. July 17, 2026) (citing *Bruen*).

      Plaintiffs further respectfully submit for the Court's attention Second Amendment scholar Mark Smith's analysis of and rebuttal of the arguments in Defendants' July 13, 2026 letter to the Court (D.I. 39): https://youtu.be/blL1RyVxxjE?si=Ia8U7ZLbBt2Glt6B

      Counsel is available should the Court have any questions.

                    Respectfully,

                    Francis G.X. Pileggi
                    (Del. Bar No. 2624)

FGXP:mar

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

180349836.1

The Honorable Richard G. Andrews
July 21, 2026
Page 2


cc:   Clerk of Court (via CM/ECF)
      All Counsel of Record (via CM/ECF)